

**Krauss Shaknes Tallentire & Messeri LLP**

350 Fifth Avenue, Suite 7620 | New York, NY 10118
Main: (212) 228-5552 | Fax: (646) 710-4570

February 19, 2026

**VIA PACER**
Hon. Katherine Polk Failla
United States District Court
for the Southern District of New York
500 Pearl Street, Room 618
New York, New York 10007



**Re: _Mudge v. Gamble_, Case No.: 26-cv-01102**

Dear Judge Failla:

This firm represents Petitioner-Father in the above-referenced matter arising under the Hague Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"). We filed a Petition and an Order to Show Cause, with supporting documents, on February 9, 2026, seeking the immediate return of the parties' young son to Mexico, his country of habitual residence (the "Order to Show Cause") [Docket Nos. 1 & 3]. Respondent was served with the Hague Petition, the Order to Show Cause and all supporting documents on February 13, 2026 [Docket No. 6].

The Order to Show Cause is currently returnable at 11:00am on March 10, 2026 [Docket No. 5]. I am scheduled to be out of the country from March 6 to March 14, attending a legal conference in London and will not be able to appear. Therefore, I am respectfully requesting that, subject to the Court's availability, the return date of the Order to Show Cause be advanced to another day the week of March 2, any day from March 2 to March 5. If the Court has no availability that week, then I respectfully request an adjournment to the week of March 16.

Respondent has advised us that she does not consent to our request.

I thank the Court in advance for your time and consideration.

Respectfully submitted,

Valentina Shaknes

cc:    All counsel of Record (via Pacer)
       Paisley Gamble (via email)
       Damien Scott Mudge (via email)

**New York | Empire State Building**
350 Fifth Avenue, Suite 7620
New York, NY 10118

**Connecticut**
777 West Putnam Avenue, Suite 300
Greenwich, CT 06831

**New Jersey | Continental Plaza**
411 Hackensack Avenue, Suite 200
Hackensack, NJ 07601

The Court has received Petitioner's above-request and Respondent's response (Dkt. #9).

In light of both parties' submissions, the show cause hearing currently scheduled for March 10, 2026, is hereby ADJOURNED to **March 18, 2026,** at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondent may file a response to the Petition on or before **March 11, 2026.**

The Clerk of Court is directed to terminate the pending motions at docket entries 7 and 9.

Dated:     February 24, 2026        SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE